IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-37-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| ALYSSA MIKKEL TSUBER, | |
| Defendant. | |

IT IS ORDERED that the Clerk of Court may provide meals for the jurors during deliberations in the above-entitled case.

DATED this 17th day of November, 2025.

_____
Donald W. Molloy, District Judge
United States District Court